GEORGE GUERIN, Respondent, *v.* TRANSIT MIX CONCRETE CORPORATION, Appellant, Impleaded with Another.

(Argued October 23, 1934; decided November 20, 1934.)

*I. Maurice Wormser, John E. Leddy* and *Jacob M. Grossman* for appellant.

*Edgar T. Beamish* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.